## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: ANDREW WARBURTON (J) | CASE NO: 00-4283-SNOW |
| AUSA: TERRY THOMPSON *pres* | ATTY: |
| AGENT: CUSTOMS | VIOL: CONSP. PWID COCAINE |
| PROCEEDING: I/A ON COMPLAINT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by _____ D.C.
DEC -     2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of Charges

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

deft to attempt to retain Counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-5 | 11 | Snow | ✓ |
| PTD/BOND HEARING: | 12-7 | 10 30 | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-18 | 11 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 12/4/00   TIME: 11:00   FTL/LSS TAPE # 00 - 060   Begin: 56   End: 609

recall 553