**COURT MINUTES**

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   ANDREW WARBURTON (J)                    CASE NO:   00-4283-SNOW

AUSA:   TERRY THOMPSON                          ATTY:

AGENT:                                          VIOL:

PROCEEDING:   INQUIRY RE COUNSEL               RECOMMENDED BOND:   PTD

BOND HEARING HELD - yes / no                    COUNSEL APPOINTED:

BOND SET @:                                      To be cosigned by:

❏   Do not violate any law.

❏   Appear in court as directed.

❏   Surrender and / or do not obtain passports / travel
    documents.

❏   Rpt to PTS as directed / or _____ x's a week/month     *needed more*
    by phone; _____ x's a week/month in person.

❏   Random urine testing by Pretrial Services. _____        *time*
    Treatment as deemed necessary.

❏   Maintain or seek full - time employment.

❏   No contact with victims / witnesses.                         *re-set IRC @*

❏   No firearms.                                                 *time of BTD hrg*

❏   Curfew: _____                       *PTD will be*

❏   Travel extended to: _____                       *continued if Cnsl*

❏   Halfway House _____                     *has to be appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/HEARING:  *IRC* | 12-7-00 | 10:30 | Snow | |
| PRELIM/ARRAIGN.: | 12-18-00 | 11:00 | Seltzer ✓ | |
| STATUS CONFERENCE: | | | | |

DATE:   12/5/00   TIME:   11:00   FTL/LSS TAPE # 00-  062   Begin.  42   End.  89

