```
                                    UNITED STATES DISTRICT COURT
UNITED STATES OF AMERICA,    :      SOUTHERN DISTRICT OF FLORIDA

v.                           :
                                    CASE NO. 00-4285 Snow
Andrew Warburton             :
```

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by DEC - 7 2000

COMES NOW **Martin C. Roth**
files this temporary appearance as counsel for the above named
defendant(s) at initial appearance. This appearance is made with
the understanding that the undersigned counsel will fulfill any
obligations imposed by the Court such as preparing and filing
documents necessary to collateralize any personal surety bond
which may be set.

Counsel's Name (Printed) **Martin C. Roth**

Counsel's Signature _/s/ Martin C. Roth_

Address **1001 Brickell Bay Dr. #1704**
**Miami Fl**            Zip Code: **33131**

Telephone **305 374 6053**

Fax **305 374 6495**

