## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ANDREW WARBURTON (J) | CASE NO: | 00-4283-SNOW |
| AUSA: | TERRY THOMPSON  *pres* | ATTY: | MARTIN ROTH |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED DEC -7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer.

S/A Wendy Flowers - Customs - sworn for cross.

PTD ordered risk of flight

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-12 | 11 | Snow | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN.: | 12/18 | 11:00 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 12/7/00   TIME: 10:30   FTL/LSS TAPE # 00 - 0642   Begin 1138   End 1796

