UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6342-CR-ZLOCH
21 USC 841(a)(1)
21 USC 846
21 USC 952(a)        MAGISTRATE JUDGE
21 USC 963                SELTZER
18 USC 2

DEC 7

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )
v.                             )
                               )
                               )
ANDREW NATHANIEL WARBURTON, and )
DELROY WAYNE HENRY,            )
                               )
          Defendants.          )
_____)

The Grand Jury charges that:

<u>COUNT I</u>

From on or about December 1, 2000, through on or about December 2, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

ANDREW NATHANIEL WARBURTON, and
DELROY WAYNE HENRY,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to import into the United States from a place outside thereof, a

Schedule II controlled substance, that is, at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

COUNT II

From on or about December 1, 2000, through on or about December 2, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> ANDREW NATHANIEL WARBURTON, and
> DELROY WAYNE HENRY,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

COUNT III

On or about December 1, 2000, at Broward County, in the Southern District of Florida, the defendant,

DELROY WAYNE HENRY,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing at least five hundred (500) grams of a mixture and substance containing a detectable amount of cocaine; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

                                    A TRUE BILL

                                    _____
                                    FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**
v.
ANDREW NATHANIEL WARBURTON, et al.

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*
**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect    _English_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_      Petty       ___
   II   6 to 10 days      ___      Minor       ___
   III  11 to 20 days     ___      Misdem.     ___
   IV   21 to 60 days     ___      Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____Yes_____
   If yes:
   Magistrate Case No. _____ 00-4238-LSS _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____ 12/01/00 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                          REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: ANDREW NATHANIEL WARBURTON    NO. _____

Count #I: 21 U.S.C. §963; Conspiracy to import cocaine

*Max. Penalty: Forty (40) years' imprisonment; Five (5) years' mandatory minimum sentence and a $2,000,000 fine

Count #II: 21 U.S.C. §846; Conspiracy to possess with intent to distribute cocaine

*Max. Penalty: Forty (40) years' imprisonment; Five (5) year's mandatory minimum sentence and a $2,000,000 fine

Count #

Max. Penalty:

Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: DELROY WAYNE HENRY _____ NO. _____

Count #I: 21 U.S.C. §963; Conspiracy to import cocaine

*Max. Penalty: Forty (40) years' imprisonment; Five (5) years' mandatory minimum sentence and a $2,000,000 fine

Count #II: 21 U.S.C. §846; Conspiracy to possess with intent to distribute cocaine

*Max. Penalty: Forty (40) years' imprisonment; Five (5) year's mandatory minimum sentence and a $2,000,000 fine

Count #III: 21 U.S.C. §841(a)(1); Possession with intent to distribute cocaine

Max. Penalty: Forty (40) years' imprisonment; Five (5) year's mandatory minimum sentence and a $2,000,000 fine

Count#: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

Count #: _____

*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96