UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   Case No.: 00-6342-CR-ZLOCH

Plaintiff,

vs.

ANDREW NATHANIAL WARBURTON,

Defendant.

_____/

FILED by _____ D.C.

DEC 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## NOTICE OF APPEARANCE

COMES NOW MARTIN L. ROTH, ESQUIRE, and files this appearance of Counsel for the Defendant, ANDREW NATHANIAL WARBURTON, in the above-styled cause. This notice is for trial purposes only.

I HEREBY CERTIFY that a true copy of the foregoing was mailed to the ~~Assistant~~ United States Attorney's Office, 500 E. Broward Blvd., Fort Lauderdale, Florida 33394, on this 11th day of December, 2000.

Haber & Roth, PA
1001 Brickell Bay Drive
Suite 1704
Miami, Florida 33131
(305) 374-6033/Fax: (305) 374-6495

By: _____
Martin L. Roth, Esquire
Fla. Bar No. 265004

14