| | |
|---|---|
| DFT: Andrew Warburton (J)# | CASE NO: 00-6342-CR-Zloch <br> 00-4283-133 |
| USA: Terry Thompson /Stefin/ | ATTNY: Martin Roth present |
| AGENT: | VIOL: |
| PROCEEDING: Prelim/Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

____ BOND SET @

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House ____
    ____ Electronic Monitoring ____

Standing Discovery Order requested

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL: ____
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: 1-8-01  11:00am  Snow
STATUS CONFERENCE: ____
DATE: 12-18-00  TIME: 11:0a0m  TAPE # 00-97  PG # 4
557-659