UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6342-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.

ANDREW WARBURTON, and
DELROY HENRY

    Defendants.
_____/

NIGHT BOX FILED
JAN 17 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S SUUPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, and files its Supplemental Response to Standing Discovery Order, as follows:

The following items are attached:

Customs Report (4 pages);

DEA 7 report (1 page);

Photographs (6 pages);

Items seized from Delroy Henry (11 pages);

Items seized from Andrew Warburton (21 pages);

Miranda warnings (2 pages);



Statement of Matan Carlos Kliger (1 page); and

Statement of Genaro Acuna (1 page).

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
Assistant United States Attorney
Court No. A5500063
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida  33301
(954) 356-7306
(954) 356-7228 (facsimile)
Terrence.Thompson@justice.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was served by this 16th day of January, 2001, upon: Assistant Federal Public Defender Samuel Smargon, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, FL 33301 and Martin Roth, Esquire, 1001 Brickell Bay Drive, Suite 1704, Miami, FL 33131-4939.

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY