UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6342-CR-ZLOCH



UNITED STATES OF AMERICA

V.    NOTICE

ANDREW WARBURTON

---

TYPE OF CASE    CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE:    COURTROOM A
299 E. BROWARD BLVD.    DATE & TIME:
FT. LAUDERDALE, FL 33301    January 31. 2001 at 9:30 AM

---

CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 19, 2001

cc:
Larry Bardfeld, Esq., AUSA
Martin Roth, Esq.

