FILED by _____ D.C.
JAN 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  CO-6342-CR-Zloch   DATE 1-31-01
CLERK Carlnee Newby   REPORTER Carl Schanzleh
PROBATION _____   INTERPRETER _____

UNITED STATES OF AMERICA v. Andrew Warburton

U.S. ATTORNEY Larry Bardfeld   DEFT COUNSEL Martin Roth

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Change of Plea to Count 1

RESULT OF HEARING  Deft entered a plea of guilty to Count 1

JUDGMENT  Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 4-23-01   TIME 11:30   FOR Sentencing

MISC  Written Plea Agreement —

31