UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6342-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    v.

ANDREW N. WARBURTON

    Defendant

_____

ORDER

FILED by _____ D.C.
MAR 1 6 2001

THIS MATTER is before the Court upon Motion To Advance The Sentencing Date (filed March 15, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. Sentencing of the defendant ANDREW WARBURTON is hereby reset to April 17, 2001 at 10:00 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of March, 2001.

                              _____
                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Larry Bardfeld, Esq., AUSA
Martin Roth, Esq.
Probation