UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6342-CR-ZLOCH

UNITED STATES OF AMERICA

V.  NOTICE

ANDREW N. WARBURTON

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, Fl, 33301

COURTROOM A  
DATE & TIME:  
June 8, 2001, at 10:00 AM

**SENTENCING RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: April 9, 2001

cc:
Larry Bardfeld, Esq., AUSA
Martin Roth, Esq.
Probation

