FILED ____ D.C.

JUN _ 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER _00-6342-CR_    DATE _June 8, 2001_

CLERK _A. Jordan_    REPORTER _Anita LaRocca_

PROBATION _Frances Weisberg_    INTERPRETER

UNITED STATES OF AMERICA    v.    _Andrew N. Warburton_

U. S. ATTORNEY _Larry Bardfeld_    DEFT COUNSEL _Martin Roth_

DEFENDANT:    (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING    _Sentencing_

RESULT OF HEARING _Objection - Granted as to PSI Report._
_2 level Reduction for Minor Role._
_Defendant Sentenced to 30 months Imprisonment_
_as to Count one, followed by 3 years of_
JUDGMENT _Supervised Release; No fine imposed;_
_$100.00 - Special Assessment - due immediately_
_Special Conditions: ① Defendant shall surrender to_
_Custody of I.N.S. for Removal proceedings after_
_Completion of term of Imprisonment._
CASE CONTINUED TO _____ TIME _____ FOR _____
_② If removed, Defendant shall not re-enter_
MISC _W/o prior permission of the U.S._
_Attorney General._