# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED

01 AUG -1 AM 9 15

CLARENCE MADDOX
U.S. DIST. CT.

UNITED STATES OF AMERICA
V.
ANDREW NATHANIEL WARBURTON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **00-6342-CR-Zloch**
Counsel For Defendant: **Martin L. Roth, Esq.**
Counsel For The United States: **Laurence M. Bardfeld, AUSA**
Court Reporter: **Anita LaRocca**

## THE DEFENDANT:

[X] pleaded guilty to count One (1) of the Indictment.

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

FILED by _____ D.C.
JUN 1 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 U.S.C. 963 | Conspiracy to Import at least 500 grams of Cocaine into the United States | 12/2/00 | One |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Counts Two and Three are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **NONE**
Defendant's Date of Birth: **March 18, 1965**
Defendant's USM Number: **55570-004**

Defendant's Residence Address:
Lot 76 Resort Drive
Montego Heights
Montego Bay, Jamaica

Defendant's Mailing Address:
Lot 76 Resort Drive
Montego Heights
Montego Bay, Jamaica

June 8, 2001
Date of Imposition of Judgment

_/s/ William J. Zloch_
Signature of Judicial Officer

**William J. Zloch**
**Chief U.S. District Court Judge**

Date: 6/11/01

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 6/11/01

-cr-06342-WJZ   Document 46   Entered on FLSD Docket 08/02/2001   P
Judgment-Page 2 of 8

**DEFENDANT: WARBURTON, ANDREW NATHANIEL**
**CASE NUMBER: 00-6342-CR-Zloch**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 Months as to Count One of the Indictment.

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [X] **The defendant is remanded to the custody of the United States Marshal.**

- [ ] The defendant shall surrender to the United States Marshal for this district.

    - [ ] At           A.m. / p.m. on
    - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    - [ ] Before 2:00 p.m. on
    - [ ] as notified by the United States Marshal.
    - [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _7-26-01_ To _FCI_
at _Big Spring, TX_, with a certified copy of this judgment.

_Ralph K. Payne, Warden_
UNITED STATES MARSHAL

By _P. Juney, LTE_
Deputy U.S. Marshal